No. 806. WAGNER v. RAGEN, WARDEN. April 1, 1946.

Nos. 823, 824 and 825. HUMMEL, TRUSTEE IN BANK-RUPTCY, v. CARDWELL ET AL. April 1, 1946.

No. 763. CARRUTHERS v. UNITED STATES. April 1, 1946. Second petition for rehearing denied.

Nos. 658 and 659. GRIERSON v. ASHE, WARDEN, ET AL. April 22, 1946.

No. 743. SPENSKY v. ASHE, WARDEN. April 22, 1946.

No. 796. FARRELL v. MASSACHUSETTS. April 22, 1946.

No. 830. REA v. McDONALD, WARDEN. April 22, 1946.

No. 847. IN RE WHISTLER. April 22, 1946.

No. 917. IVERSEN ET AL. v. UNITED STATES ET AL. April 22, 1946.

No. 94, Misc. McCONNELL v. DOWD, WARDEN; and
No. 383. WRIGHT v. JOHNSTON, WARDEN. April 22, 1946. The motions for leave to file second petitions for rehearing are granted. The petitions for rehearing are denied.

No. 112. GREGORY v. UNITED STATES. April 22, 1946. The motion for leave to file a fourth petition for rehearing is denied. MR. JUSTICE BURTON took no part in the consideration or decision of this application. *Ante,* p. 816.